# SENTENCING MINUTES

DATE: 1/10/18　　　　　　　　　CASE NUMBER: 3 17 cr 129

JUDGE: Lauck　　　　　　　　　CT REPORTER: Diane Daffron

INTERPRETER: _____

UNITED STATES OF AMERICA　　　　Thomas Garnett, AUSA

v.　　　　　　　　　　　　　　　COUNSEL

Ronald Tulley　　　　　　　　　Thomas Cullin, ESQ.

SENTENCING ON COUNT(S): __1__　　(✓) Criminal Information
　　　　　　　　　　　　　　　　( ) Indictment ( ) Superseding Ind.

PRELIMINARY MATTERS: Dfts Motion for Variance - GRANTED - 24 months substantial sentence to deter future conduct

OBJECTIONS TO PSR: PSR filed as tendered　α - 18
　　　　　　　　　　　　　　　　　　　　　CH - I
　　　　　　　　　　　　　　　　　　　　　GR - 27-33

Letters of Support presented to be made apart of the dfts ~~position memorandum as exhibit~~ PSR

STATEMENTS MADE BY: GOV'T ( ) DEFENSE COUNSEL (✓) DEFT (✓)

ON MOTION OF GOV'T, ( ) INDICTMENT ( ) REMAINING CTS. DISMISSED.

DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION

ON: 2/13/18　　　　　　BY: 2:00 pm
(✓) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today (✓)

DEFT REMANDED TO CUSTODY ( )

CASE SET:　　BEGAN:　　　ENDED:　　TIME IN COURT:
2:00　　　　　2:17　　　　3:07　　　　.54

## PAGE TWO (2)

**SENTENCE TEXT**

**COUNT** __1__   IMPRISONMENT __24__ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE ( )

SUPERVISED RELEASE __2__ YEARS

PROBATION _____ YEARS

FINE $_____   (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100__ due immediately

**COUNT** _____   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**COUNT** _____   IMPRISONMENT _____ MOS.   CONCURRENT ( )   CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE** (✓)

**RESTITUTION ORDERED:** restitution order entered today 1/10/18  $833,599.93  Council of Independent Tobacco Manufacturers of America ("CITMA")

**RECOMMENDATION(S) TO BOP:** _Phoenix, AR_
(✓) Designate dft. to a facility near family   (✓) Designate dft. to _____ FCI
( ) SHOCK Incarceration Program        ( ) BRAVE Program
( ) Educational / Vocational training       ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program   ( ) with _____ portion of earnings directed to child support
( ) OTHER: _____

## PAGE THREE (3)

### SPECIAL CONDITIONS of Probation / Supervised Release:

__✓__ (1) Incur no new credit without approval of probation officer
__✓__ (2) Provide probation officer with access to financial information
_____ (3) Perform community service _____ HOURS during period of supervision
_____ (4) Participate in drug/alcohol treatment; _____ Pay cost of treatment
_____ (5) Participate in mental health treatment; _____ Pay cost of treatment
        _____ Participate in anger management
_____ (6) Participate in home confinement program for _____ with monitoring
        _____ Permitted to work, attend church, or other approved activities
        _____ Maintain telephone without special features; no cordless phone
        _____ Pay costs of electronic monitoring
_____ (7) Placement in a Community Confinement Center for _____ (term)
_____ (8) Defendant to be surrendered to BICE for deportation proceedings
        _____ If deported, defendant to remain outside the United States
_____ (10) Mandatory drug testing waived
        _____ Probation officer may still administer drug test if deemed appropriate
_____ (11) Pay child support in amount ordered by social services or Court
_____ (13) Serve intermittent confinement on weekends for a period of _____ DAYS
_____ (14) No possession of pager, cellular telephone, or other handheld communication device
__✓__ (15) Defendant shall pay any balance owed on the S/A imposed by the Court *restitution or 25% of net
        __✓__ Pay in installments of not less than $ 200 per month, Monthly income
        to begin 30 (60) days after start of supervision until paid in full
_____ (16) Waive all rights of confidentiality regarding mental health treatment
        (or other treatment) to allow release of information to Probation, etc.
_____ (17) Commencing _____, and continuing for _____, defendant may
        operate a motor vehicle only for purposes of work and court, including travel to
        the Probation Office and alcohol treatment program
__✓__ (18) Defendant to apply monies received from tax refunds, lottery winnings, and any
        anticipated or unexpected financial gains to the Court-ordered financial obligation

_____ (---) **Other special conditions:**

_____

_____

_____

_____

_____